FILED
April 17, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARTHUR CHANG MENEFEE, )<br>)<br>Defendant. ) | Case No. 2:13-cr-00103-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARTHUR CHANG MENEFEE, Case No. 2:13-cr-00103-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_   Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $50,000.00.

   _X_   Co-Signed Unsecured Appearance Bond

   \_\_\_   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/17/2013  at  3:45 pm.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge