BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEKSANDR KOVALEV, *et al.*,<br><br>        Defendants. | CASE NO.  2:13-CR-00103 MCE<br><br>STIPULATION TO CONTINUE STATUS HEARING; ORDER<br><br>[18 U.S.C. § 3161] |

## STIPULATION

  Plaintiff United States of America, by and through its counsel of record, and defendant Arthur Menefee, by and through his counsel of record, hereby stipulate as follows:

  1.  By previous order this matter was set for a status hearing on January 12, 2017.

  2.  By this stipulation, defendant now moves to continue the status conference until January 19, 2017.

  3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The United States has previously produced substantial discovery in this case and a plea agreement that was set to expire on January 12, 2017.

    b)  The defense counsel has experienced a death in his family which affected his ability to meet with his client to address the plea agreement.  The defense counsel represents that there is additional work he must do to finalize the potential plea agreement.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The United States does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2017 through January 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation Re Continuing Status Hearing                    2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4

5    IT IS SO STIPULATED.

6 Dated:  January 10, 2017                          PHILLIP A. TALBERT
                                                    United States Attorney
7
                                                     /s/ Todd A. Pickles
8                                                   TODD A. PICKLES
                                                    Assistant United States Attorney
9

10 Dated:  January 10, 2017
                                                     /s/ Todd A. Pickles for
11                                                  MARK J. REICHEL, ESQ.

12                                                  Counsel for defendant Arthur Menefee

13                                          **ORDER**

14
     IT IS SO ORDERED.
15
   Dated:  January 19, 2017
16

17

18                                                  MORRISON C. ENGLAND, JR.
                                                    UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28