| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR CHANG MENEFEE,<br><br>Defendant. | CASE NO. 2:13-CR-00103 MCE<br><br>STIPULATION AND REQUEST TO CONTINUE JUDGMENT AND SENTENCING HEARING; ORDER |

**STIPULATION AND REQUEST**

Plaintiff United States of America, by and through its counsel of record, and defendant Arthur Chang Menefee, by and through his counsel of record, hereby stipulate and request as follows:

1. This matter is set for a judgment and sentencing hearing on October 19, 2017 at 10:00 a.m.

2. Defense counsel requests that the matter be continued for judgment and sentencing to November 2, 2017 at 10:00 a.m. to permit defense counsel additional time to prepare for the hearing. The United States does not oppose.

3. Because the defendant stands convicted by way of his guilty plea, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., do not apply to this continuance.

Stipulation Re Continuing Sentencing Hearing  1

IT IS SO STIPULATED AND REQUESTED.

Respectfully submitted,

Dated: October 12, 2017          PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ Todd A. Pickles*
                                 TODD A. PICKLES
                                 Assistant United States Attorney


Dated: October 12, 2017
                                 */s/ Todd A. Pickles for*
                                 MARK J. REICHEL, ESQ.

                                 Counsel for defendant Arthur Menefee

## **ORDER**

This matter came before the Court on the parties' request to continue the judgment and sentencing hearing. The Court ADOPTS the parties' stipulation and CONTINUES the matter for judgment and sentencing on November 2, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation Re Continuing Sentencing Hearing             3